UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Raymundo Mergal-Madrigal<br>Defendant(s) | CRIMINAL NO. 08 mj 1104<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

**JAN M. ADLER**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Sergio Lupercio - Aceves

DATED: 4/22/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
       DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk