May 8, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions of Pretrial Release**



FILED

08 MAY 14  PM 12: 34

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

**Name of Defendant:** RIOS, XAVIER LOREN          **Dkt No.:** 08CR1322-002

**Reg. No.:** 08137-298

**Name of Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Date Conditions Were Ordered:** April 11, 2008

**Conditions of Release:** a travel restriction to the State of California; report for supervision to Pretrial Services; not possess or use any narcotic drug or other controlled substance without a valid medical prescription; do not possess any dangerous weapon or explosive device; not to possess any firearm, dangerous weapon or destructive device during the pendency of the case; provide a current residence address and phone number prior to release and keep it current while the case is pending; be able to legally remain in the U.S. during pendency of the proceedings.

**Date Released on Bond:** April 29, 2008

**Charged Offense:** 8 USC § 1324(a)(2)(B)(iii) and 18 USC § 2: Bringing in Illegal Aliens Without Presentation and Aiding and Abetting.

**Next Court Hearing:** Change of Plea Hearing on May 13, 2008, at 9:00 a.m, before Judge Ruben B. Brooks.

**AUSA:** Mark Conover                              **Defense Counsel:** Robert Carriedo

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TREATMENT, AND/OR TESTING, AS SPECIFIED BY THE THE PRETRIAL SERVICES OFFICER FOR DRUGS OR ALCOHOL.

CAUSE

During the defendant's post release interview with our office, the defendant indicated, prior to his arrest on this case, he had been using marijuana daily for about one year.

The undersigned has attempted to contact the defendant's attorney regarding this issue, however, he has not responded to a voicemail message. The defendant, as well as his sureties, Victor Perez and Miguel Quiroz, reported to Pretrial Services they do not oppose the modification. The AUSA in this case also indicated he has no objection to the proposed modification.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: May 8, 2008**

Respectfully submitted:

by _____
Luis Martinez
United States Pretrial Services Officer
(619) 557-7208

Reviewed and approved:

_____
Charlene Delgado
Supervising U.S. Pretrial Services Officer

Attachments

**THE COURT ORDERS:**

_____  Refer to Magistrate Judge Ruben B. Brooks for consideration.

___*JAH*___  **Agree. Modify the defendant's conditions of release to include drug / alcohol testing and / or treatment.**

_____  Disagree. Schedule a Bail Review hearing to discuss the addition of drug / alcohol testing and / or treatment to the defendant's conditions of release.

_____  Disagree. Bond conditions to remain as set.

_____  Other _____

_____

_____*/s/ John A. Houston*_____           _____5-12-08_____
The Honorable John A. Houston                    Date
United States District Judge